UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

FRANK W. RUPP and DOUGLAS J. GOULD

                Plaintiffs,

  v.

THE CITIZENS OF THE STATE OF NEVADA

                Defendants.
_____/

No. C 07-05954 MHP

**JUDGMENT**

     This action having come before this court, the Honorable Marilyn Hall Patel, United States District Judge presiding, and the issues having been duly presented and an order having been duly filed dismissing plaintiff's complaint due to a lack of subject matter jurisdiction,

     IT IS ORDERED AND ADJUDGED that this action is DISMISSED in its entirety.

Dated: January 2, 2008

_____
MARILYN HALL PATEL
United States District Court Judge
Northern District of California