UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK W RUPP et al,<br><br>        Plaintiff,<br><br>  v.<br><br>THE CITIZENS OF THE STATE OF NEVADA et al,<br><br>        Defendant. | Case Number: CV07-05954 MHP<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 3, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas J. Gould
C/O Russell K. Marne
Marin Justice Center
30 North San Pedro Road, Suite 195
San Rafael, CA 94903

Frank W. Rupp
C/O Russell K. Marne
Marin Justice Center
30 North San Pedro Road, Suite 195
San Rafael, CA 94903

Dated: January 3, 2008

                                              Richard W. Wieking, Clerk
                                              By: Anthony Bowser, Deputy Clerk