1  Frank W. Rupp, 429 Butterfield
2  Cathedral City, CA, 92234
3  760-208-4674
4  Douglas J. Gould, 16 Ritter St
5  PO # 3517, San Rafael CA 94901
6  415-457-7372, ex446
7
8           UNITED STATES DISTRICT COURT
9           NORTHERN DISTRICT OF CALIFORNIA
10
11 Frank W. Rupp
12 Douglas J. Gould Plaintiffs                          07-5954 MHP
13        VS                                        **REQUEST TO ENTER**
14 The People of the State                              **DEFAULT**
15 of Nevada           Defendant
16 _____/
17
18         **TO THE CLERK OF THE ABOVE-ENTITLED COURT**
19 Plaintiffs Frank W. Rupp, and Douglas J. Gould, hereby request the Clerk of the above entitled Court
20 enter Default in this matter against Defendant State of Nevada on the ground that said Defendant has
21 failed to appear and or otherwise respond to the Complaint/Summons within the time of 20 days
22 directed by this Court and prescribed by the Federal Rules of Civil Procedure of this Court.
23 Plaintiffs served the Complaint/Summons on Defendant within the Federal Rules of Civil Procedure
24 for Service.( Please see attached notice of service upon Defendant.) The Attorney for Defendant
25 acknowledge service of Complaint/Summons on December 10, 2007. (Please see attached Return
26 Receipt U.S. Postal Service Registered Express Mail Form.) As of to date, it has been 50 days.
27 _Frank W. Rupp_                                    _Douglas J. Gould_
28 Frank W. Rupp, Plaintiff                           Douglas J. Gould, Plaintiff

Filed stamp: 08 JAN 30 PM 12:38 CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
No. CO75954MHP
01/29/08

1 UNITED STATES DISTRICT COURT

2 NORTHERN DISTRICT OF CALIFORNIA

3 _____

4

5 Frank W. Rupp         Case number **CO75954MHP**

6 Douglas J. Gould **Plaintiffs**

7   Vs             _____

8 The people of the State     **DEFAULT BY CLERK**

9 of Nevada  **Defendant**     F.R.C.P. 55 (a)

10 _____

11

12   It appearing from the records in the above-entitled action that summons has been

13 served upon the Defendant (s) named below, and it further appearing from the affidavit of Plaintiff,

14 and other evidence as required by F.R.C.P. 55(a) and local Rule 14.10 that each of the below

15 Defendant(s) have failed to plead and or otherwise defend in said action as directed in said Summons

16 and as provided in the Federal Rules of Civil Procedure;

17

18 **Now, therefore, on request of Plaintiff(s), the DEFAULT of each of the follow named**

19 **Defendant(s) is hereby entered;**

20

21 1, The People of the State of Nevada, **Defendant**

22  Attorney General George J. Chanos, Nevada Department of Justice 100 North Carson Street

23  Carson City, Nevada 89701-4717, **Counsel for Defendant**

24

25 DATED_____

26                 By_____

27                _____ Clerk

28      DEFAULT BY CLERK

1 | Frank W. Rupp, 429 Butterfield                               01/29/08
2 | Cathedral City, CA, 92234
3 | 760-208-4674                                                 No.CO75954MHP
4 | Douglas J. Gould, 16 Ritter St
5 | PO # 3517, San Rafael CA 94901
6 | 415-457-7372,ex446
7 |
8 |                    UNITED STATES DISTRICT COURT
9 |                    NORTHERN DISTRICT OF CALIFORNIA
10 |
11 | Frank W. Rupp
12 | Douglas J. Gould Plaintiffs
13 |        VS                                        **REQUEST TO ENTER**
14 | The People of the State                          **DEFAULT**
15 | of Nevada        Defendant
16 | _____/
17 |
18 |              **TO THE CLERK OF THE ABOVE-ENTITLED COURT**
19 | Plaintiffs Frank W. Rupp, and Douglas J. Gould, hereby request the Clerk of the above entitled Court
20 | enter Default in this matter against Defendant State of Nevada on the ground that said Defendant has
21 | failed to appear and or otherwise respond to the Complaint/Summons within the time of 20 days
22 | directed by this Court and prescribed by the Federal Rules of Civil Procedure of this Court.
23 | Plaintiffs served the Complaint/Summons on Defendant within the Federal Rules of Civil Procedure
24 | for Service.( Please see attached notice of service upon Defendant.) The Attorney for Defendant
25 | acknowledge service of Complaint/Summons on December 10, 2007. (Please see attached Return
26 | Receipt U.S. Postal Service Registered Express Mail Form.) As of to date, it has been _50_ days.
27 | _Frank W. Rupp_                                   _Douglas J. Gould_
28 | Frank W. Rupp, Plaintiff                          Douglas J. Gould, Plaintiff

|   |   |
|---|---|
| 1 | UNITED STATES DISTRICT COURT |
| 2 | NORTHERN DISTRICT OF CALIFORNIA |

1  
2  
3  _____  
4  
5  Frank W. Rupp                                  Case number **CO75954MHP**  
6  Douglas J. Gould    **Plaintiffs**  
7          Vs                                     _____  
8  The people of the State                        **DEFAULT BY CLERK**  
9  of Nevada          **Defendant**               F.R.C.P. 55 (a)  
10 _____  
11  
12          It appearing from the records in the above-entitled action that summons has been  
13 served upon the Defendant (s) named below, and it further appearing from the affidavit of Plaintiff,  
14 and other evidence as required by F.R.C.P. 55(a) and local Rule 14.10 that each of the below  
15 Defendant(s) have failed to plead and or otherwise defend in said action as directed in said Summons  
16 and as provided in the Federal Rules of Civil Procedure;  
17  
18 **Now, therefore, on request of Plaintiff(s), the DEFAULT of each of the follow named**  
19 **Defendant(s) is hereby entered;**  
20  
21 1, The People of the State of Nevada, **Defendant**  
22     Attorney General George J. Chanos, Nevada Department of Justice 100 North Carson Street  
23     Carson City, Nevada 89701-4717, **Counsel for Defendant**  
24  
25 DATED_____  
26                                              By_____  
27                                              _____ Clerk  
28          DEFAULT BY CLERK

1  **CERTIFICATE OF SERVICE**

3  I, _Robert King_ of the _Interfaith Chaplaincy_, make this
4  statement, that I am not a party to this Court Action, and I am over 18 years of age, that on 01/29/08,
5  I did mail by United States Postal service Mail, Document **REQUEST TO ENTER DEFAULT**,
6  and Document **DEFAULT BY CLERK** to the forgoing address(es).

8  Attorney for Defendant
9  Attorney General George J. Chanos
10 Nevada Department of Justice
11 100 North Carson Street
12 Carson City Nevada, 89701-4717
13 1 COPY OF EACH

15      And

17 Clerks Office, United States District Court for the Northern District of California
18 450 Golden Gate Avenue
19 16th Floor, San Francisco, CA, 94102
20 **2 copies** OF EACH

26 **CC**