FILED

08 FEB -4 PM 1:18

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

FRANK W. RUPP and DOUGLAS J.

GOULD

        Plaintiffs

V.

THE CITIZENS OF THE STATE OF

NEVADA

        Defendants

_____/

No. **CO705954 MHP**

**NOTICE OF CHANGE OF ADDRESS**

**OF PLAINTIFFS**

02/3/08

**TO COURT CLERK:**

Please be informed that all correspondence of this Court and the Defendant to the Plaintiffs should be  addressed as follows; Frank W. Rupp 439 Butterfield, Cathedral City CA, 92234 and Douglas J. Gould 16 Ritter Street, PO Box 3517, San Rafael CA 94901, and should **NOT BE SENT** in care of Russell K. Marne Attorney at Law, Marin Justice Center 30 North San Pedro Rd suite 195 San Rafael, CA, 94903. The reason for this change of Mailing is for the fact Plaintiff Douglas J. Gould did not retain an Judgment Order filed and mailed January 3, 2008, from this Court, until January 30th 2008. Please make the correct address change. Thank You.

Frank W. Rupp

Frank W. Rupp

439 Butterfield

Cathedral City CA 92234

Douglas J. Gould

Douglas J. Gould

16 Ritter St, PO 3517

San Rafael CA 94901