FILED

08 FEB -4 PM 1: 18

U.S. DISTRICT COURT
DISTRICT OF CALIFORNIA

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK W. RUPP and DOUGLAS J. GOULD | No. C0705954 MHP |
| Plaintiffs, | **NOTICE TO RESERVE RIGHT** |
| v. | **TO FILE APPEAL/REVIEW OF** |
| THE CITIZENS OF THE STATE OF NEVADA | **JUDGMENT** |
| Defendants. | |
| _____ / | 02/3/08 |

The Plaintiffs Frank W. Rupp and Douglas J. Gould respectfully request of this Court to go upon record to file with this Court Notice to Reserve Right to File Appeal and or Review by the Chief Judge of this Court to the Judgment Filed January 3 2008, Ordered by The Honor MARILYN HALL PATEL, United States District Court Judge, Northern District of California.

Frank W. Rupp
439 Butterfield
Cathedral City CA 92234

Douglas J. Gould
16 Ritter St 3517
San Rafael CA 94901