UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

FRANK W RUPP et al,

        Plaintiff,

v.

FIRST AMERICAN TITLE COMPANY et al,

        Defendant.

Case Number: CV08-01939 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 29, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Douglas J. Gould
Ritter House Homeless Services
16 Ritter Street
P.O. Box 3517
San Rafael, CA 94901

Frank W. Rupp
439 Butterfield
Cathedral City, CA 92234

Dated: May 29, 2008

        Richard W. Wieking, Clerk
        By: Anthony Bowser, Deputy Clerk